# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 6, 2009

Marilyn Kelly,
Chief Justice

138219 & (20)(21)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

EDWARD M. HANNAFORD,
      Plaintiff-Appellee,

v

SC: 138219
COA: 289977
Macomb CC: 1995-004609-DM

CHRISTINE L. MORRISON,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 29, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED as moot.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 6, 2009

_____
Clerk

d0303